missioner of Education of the State of Rhode Island requesting permission to file a brief as Amicus Curiae is granted. Said brief is to be filed on or before May 12, 1975. Further, this matter has been assigned for oral argument to May 20, 1975. *Oster, Espo, Fay & Groff, Irving N. Espo,* for petitioners. *William G. DeMagistris,* Legal Counsel to the Commissioner of Education, Amicus Curiae, for respondent.

May 6, 1975.

M. P. No. 75-83. STEPHEN MANCINHO *v.* DEPARTMENT OF NATURAL RESOURCES. Petition for writ of certiorari is denied without prejudice to the right of the petitioner to seek relief in the Superior Court. *Charles H. Gifford III,* for plaintiff-respondent. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for defendant-petitioner.

M. P. No. 75-102. RICHARD D. WORRELL *et al. v.* FRANK A. DELSESTO *et al.* Petition for writ of certiorari denied. *Edwards & Angell, Deming E. Sherman,* for petitioners. *Milton Bernstein,* for respondents.

M. P. No. 75-105. DOLORES SEABRA *v.* PURITAN LIFE INSURANCE COMPANY. Motion that the defendant's motion for extension of time for transmission of record be denied and that the order of April 10, 1975 for extension of time be vacated is denied. *Albert B. Watt,* for plaintiff. *Hinckley, Allen, Salisbury & Parsons, Robert W. Lovegreen,* for defendant.

M. P. No. 75-123. PROVIDENCE GAS COMPANY *v.* EDWARD BURMAN *et al.,* PUBLIC UTILITIES COMMISSION. Motion of petitioner for a stay of part 2 of order No. 9033 of the Public Utilities Commission is assigned to the calendar for May 23, 1975, for oral argument. Roberts, C. J. not participating. *Hinckley, Allen, Salisbury & Parsons, Thomas D. Gidley,* for petitioner. *Julius C. Michaelson,* Attorney General, *R. Daniel*